UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WESLEY BOLEWARE, Individually and On Behalf of All Others Similarly Situated,** § § § § | | |
| **Plaintiff,** § § | No. 4:15-cv-02875 | |
| v. § § | | |
| **SEADRILL AMERICAS, INC.,** § § | JURY TRIAL DEMANDED | |
| **Defendant.** § § | | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL MEDIATED SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Motion for Approval of Confidential Mediated Settlement Agreement and Stipulation of Dismissal With Prejudice filed by all Plaintiffs and Defendant in this cause of action and finds the Joint Motion is well taken and should be and hereby is granted in all respects.

The Court approves the mediator-supervised settlement which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. There are no other Plaintiffs in this lawsuit. The Court hereby Grants the Joint Motion and Orders that all claims of all Plaintiffs in this cause of action are dismissed with prejudice with each party to bear their own costs and attorneys' fees in conformance with the mediator-supervised settlement and the foregoing Stipulation of Dismissal with Prejudice of Plaintiffs and Defendant.

Signed on this _____ day of _____, 2017

_____
Honorable Vanessa D. Gilmore
United States District Judge